**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| BAKTIIAR ZHANYBEKOV, <br>    "Petitioner," <br><br> v. <br><br> MARKWAYNE MULLIN, *et al.,* <br> *in their official capacities,* <br>    "Respondents." | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 1:26-cv-00454 |

## <u>ORDER</u>

Before the Court is Petitioner's "Notice of Voluntary Dismissal" (Dkt. No. 8). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Petitioner's claims against Respondents are hereby **DISMISSED without prejudice**. "Petitioner's Emergency Motion for Temporary Restraining Order and Preliminary Injunction" (Dkt. No. 6) is **DENIED** as moot. The Clerk of the Court is **INSTRUCTED** to close this case.

Signed on this _____1st_____ day of July 2026.

_____
Rolando Olvera
United States District Judge